# U.S. Department of Justice
## United States Marshals Service

## PROCESS RECEIPT AND RETURN
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

3/4/

| | |
|---|---|
| **PLAINTIFF** TC GLOBAL, INC. | **COURT CASE NUMBER** CV-8:17-MC-00090A 8:17-cv-00447-VAP |
| **DEFENDANT** GLOBAL BARISTAS, LLC | **TYPE OF PROCESS** Bank Writ of Execution/ Levy |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
→ CALIFORNIA BANK AND TRUST LOS ANGELES MAIN

**AT** ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
101 South San Pedro Street, Los Angeles, CA 90012

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Autumn D. Spaeth
Sharon O. Sung
Smiley Wang-Ekvall, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, CA 92626

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

FILED
CLERK, U.S. DISTRICT COURT
APR - 6 2017
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

Debtor is Global Baristas, LLC
Please levy on accounts of judgement debtor. Original Writ already on file. Service to be performed by registered process server.

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER (714) 445-1000 | DATE 3/30/17 |
|---|---|---|---|

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. 12 | District to Serve No. 12 | Signature of Authorized USMS Deputy or Clerk | Date 3-31-17 |
|---|---|---|---|---|---|

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address *(complete only if different than shown above)*
CK # 82147

Date of Service ___ Time ___ am/pm

Signature of U.S. Marshal or Deputy

| Service Fee 65.00 | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges 65.00 | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:
Served On 3/31/17
Mailed On 3/31/17

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) (Instructions Rev. 12/08) |
|---|---|---|

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(NAME AND ADDRESS)*<br>Sharon O. Sung, Esq. (SBN 197573)<br>SMILEY WANG-EKVALL, LLP<br>3200 Park Center Drive, Suite 250<br>Costa Mesa, CA 92626<br><br>Attorney for: Judgment Creditor | TELEPHONE NO.<br>714-445-1000 | (For Court use only) |
|---|---|---|
| NAME OF COURT: U.S. District Court, Central District of California<br>STREET ADDRESS: 350 W. 1st Street, Suite 4311<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: Los Angeles, CA 90012-4565<br>BRANCH NAME: Western Division | | |
| PLAINTIFF:<br>TC Global, Inc.<br>DEFENDANT:<br>GLOBAL BARISTAS, LLC | | |
| **PROOF OF PERSONAL SERVICE**<br>**CALIFORNIA BANK AND TRUST**<br>**RE: GLOBAL BARISTAS, LLC** | | COURT CASE NUMBER<br>8:17-cv-00447-VAP/<br>CV-8:17-MC-0009UA |
| | | LEVYING OFFICE FILE NUMBER |

*I certify that I am an individual not less than eighteen years of age, not a party to the within action, and served the following documents: Notice of Levy; Writ of Execution; Memorandum of Garnishee.*

**On:** California Bank and Trust - Los Angeles Main

**At ( Address ):** 101 South San Pedro Street, Los Angeles, CA 90012

**By personally delivering a copy of the above documents to:** Stephanie Torres – Manager

**Date:** 3/31/17    **Time:** 11:23 a.m.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed 3/31/17, at Los Angeles, California.

DOUG FORREST C/O
**FIRST LEGAL SUPPORT, INC.**
1517 W. BEVERLY BL.
LOS ANGELES, CA 90026
213-250-1111

Registered Los Angeles County – 5141

_____
DOUG FORREST

PROOF OF PERSONAL SERVICE

EJ-150

**ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name and Address):*
After recording, return to:
Autumn D. Spaeth (SBN 208707)
Sharon O. Sung (SBN 197573)
Smiley Wang-Ekvall, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, CA 92626
TEL NO.: (714) 445-1000     FAX NO. (optional): (714) 445-1000
E-MAIL ADDRESS *(Optional):*
[X] ATTORNEY FOR   [X] JUDGMENT CREDITOR   [ ] ASSIGNEE OF RECORD

**U.S. District Court, Central District of California**
STREET ADDRESS: 350 W. 1st Street, Suite 4311
MAILING ADDRESS: 350 W. 1st Street, Suite 4311
CITY AND ZIP CODE: Los Angeles, CA 90012-4565
BRANCH NAME: Western Division

PLAINTIFF: TC GLOBAL, INC.
DEFENDANT: GLOBAL BARISTAS, LLC

**NOTICE OF LEVY**
under Writ of   [X] Execution (Money Judgment)   [ ] Sale

LEVYING OFFICER *(Name and Address):*
U.S. Marshall
350 W. 1st Street #3001
Los Angeles, CA 90012

LEVYING OFFICER FILE NO.:

COURT CASE NO.:
8:17-cv-00447-VAP
CV-8:17-MC-0009UA

TO THE PERSON NOTIFIED *(name):* California Bank and Trust; Los Angeles Main- 101 South San Pedro Street, Los Angeles, CA 90012

1. The judgment creditor seeks to levy upon property in which the judgment debtor has an interest and apply it to the satisfaction of a judgment as follows:
   a. Judgment debtor (name): GLOBAL BARISTAS, LLC
   b. The property to be levied upon is described
      [ ] in the accompanying writ of possession or writ of sale.
      [X] as follows:  All personal property in which GLOBAL BARISTAS, LLC (UBI #603259246) has any interest, including but not limited to, all accounts, savings accounts, commercial accounts, monies, bank accounts,       share accounts, money market investment accounts, time certificate of deposit, and any and all personal property capable of manual delivery, in the possession, custody or control of California Bank and Trust

2. The amount necessary to satisfy the judgment creditor's judgment is:
   a. Total amount due (less partial satisfactions) ............................. $ 27,282.50
   b. Levy fee ........................................................................ $ 65.00
   c. Sheriff's disbursement fee ................................................. $ 0.00
   d. Recoverable costs .......................................................... $
   e. Total *(a through d)* ........................................................ $ 27,347.50
   f. Daily interest ................................................................ $ .59

3. You are notified as
   a. [ ] a judgment debtor.
   b. [X] a person other than the judgment debtor *(state capacity in which person is notified):* Third Party

*(Read Information for Judgment Debtor or Information for Person Other Than Judgment Debtor on page two.)*

Notice of Levy was
[X] mailed on *(date):* 3/31/17
[X] delivered on *(date):* 3/31/17
[ ] posted on *(date):*
[ ] filed on *(date):*
[ ] recorded on *(date):*

Date: 3/31/17 DOUG FORREST
      REG. L.A. COUNTY - 5141
      (TYPE OR PRINT NAME)

(SIGNATURE)
[ ] Levying officer    [X] Registered process server

Page 1 of 2
Form Approved for Optional Use
Judicial Council of California
EJ-150 [Rev. July 1, 2014]
NOTICE OF LEVY
(Enforcement of Judgment)
Code of Civil Procedure, § 699.540

| SHORT TITLE: TC Global, Inc. v. Global Baristas, LLC | LEVYING OFFICER FILE NO.: | COURT CASE NO.: 8:17-cv-00447-VAP CV-8:17-MC-0009UA |
|---|---|---|

### —INFORMATION FOR JUDGMENT DEBTOR—

1. The levying officer is required to take custody of the property described in item 1 in your possession or under your control.

2. You may claim any available exemption for your property. A list of exemptions is attached. **If you wish to claim an exemption for personal property, you must do so within 10 days after this notice was delivered to you or 15 days after this notice was mailed to you by filing a claim of exemption and one copy with the levying officer as provided in section 703.520 of the Code of Civil Procedure. If you do not claim an exemption, you may lose it and the property is subject to enforcement of a money judgment. If you wish to seek the advice of an attorney, you should do so immediately so that a claim of exemption can be filed on time.**

3. You are not entitled to claim an exemption for property that is levied upon under a judgment for sale of property. This property is described in the accompanying writ of sale. You may, however, claim available exemptions for property levied upon to satisfy damages or costs awarded in such a judgment.

4. You may obtain the release of your property by paying the amount of a money judgment with interest and costs remaining unpaid.

5. If your property is levied upon under a writ of execution or to satisfy damages and costs under a writ of possession or sale, the property may be sold at an execution sale, perhaps at a price substantially below its value. Notice of sale will be given to you. Notice of sale of real property (other than a leasehold estate with an unexpired term of less than two years) may not be given until at least 120 days after this notice is served on you. This grace period is intended to give you an opportunity to settle with the judgment creditor, to obtain a satisfactory buyer for the property, or to encourage other potential buyers to attend the execution sale.

6. All sales at an execution sale are final; there is no right of redemption.

### — INFORMATION FOR PERSON OTHER THAN JUDGMENT DEBTOR —

1. If the property levied upon is in your possession or under your control and you do not claim the right to possession or a security interest, you must deliver the property to the levying officer. If you do not deny an obligation levied upon or do not claim a priority over the judgment creditor's lien, you must pay to the levying officer the amount that is due and payable and that becomes due and payable during the period of the execution lien, which lasts two years from the date of issuance of the writ of execution. You must execute and deliver any documents needed to transfer the property.

2. You must complete the accompanying Memorandum of Garnishee.

3. If you claim ownership or the right to possession of real or personal property levied upon or if you claim a security interest in or lien on personal property levied upon, you may make a third-party claim and obtain the release of the property pursuant to sections 720.010–720.800 of the Code of Civil Procedure.

4. **Make checks payable to the levying officer.**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(NAME AND ADDRESS)*<br>Sharon O. Sung, Esq. (SBN 197573)<br>SMILEY WANG-EKVALL, LLP<br>3200 Park Center Drive, Suite 250<br>Costa Mesa, CA 92626<br><br>Attorney for: Judgment Creditor | TELEPHONE NO.<br>714-445-1000 | (For Court use only) |
|---|---|---|
| NAME OF COURT: U.S. District Court, Central District of California<br>STREET ADDRESS: 350 W. 1st Street, Suite 4311<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: Los Angeles, CA 90012-4565<br>BRANCH NAME: Western Division | | |
| PLAINTIFF:<br>TC Global, Inc.<br>DEFENDANT:<br>GLOBAL BARISTAS, LLC | | |
| **PROOF OF SERVICE BY MAIL**<br>**GLOBAL BARISTAS, LLC**<br>**RE: CALIFORNIA BANK AND TRUST** | | COURT CASE NUMBER<br>8:17-cv-00447-VAP/<br>CV-8:17-MC-0009UA |
| | | LEVYING OFFICER FILE NUMBER |

*I certify that I am an individual not less than eighteen years of age, not a party to the within action, and served the following documents: Notice of Levy; Writ of Execution.*

**Party Served:** GLOBAL BARISTAS, LLC
**Address:** c/o National Registered Agents, Inc., 505 Union Ave SE Ste 120, Olympia, WA 98501-0000

I served the above named party by mailing the copies by First Class mail on 3-31-17, from Los Angeles, California

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed 3-31-17, at Los Angeles, California.

DOUG FORREST C/O
**FIRST LEGAL SUPPORT, INC.**
1517 W. BEVERLY BL.
LOS ANGELES, CA 90026
213-250-1111

Registered Los Angeles County – 5141

_____
DOUG FORREST

PROOF OF SERVICE BY MAIL

EJ-150

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): |
|---|
| After recording, return to: |
| Autumn D. Spaeth (SBN 208707) |
| Sharon O. Sung (SBN 197573) |
| Smiley Wang-Ekvall, LLP |
| 3200 Park Center Drive, Suite 250 |
| Costa Mesa, CA 92626 |
| TEL NO.: (714) 445-1000    FAX NO. (optional): (714) 445-1000 |
| E-MAIL ADDRESS (Optional): |
| [X] ATTORNEY FOR  [X] JUDGMENT CREDITOR  [ ] ASSIGNEE OF RECORD |

**U.S. District Court, Central District of California**
STREET ADDRESS: 350 W. 1st Street, Suite 4311
MAILING ADDRESS: 350 W. 1st Street, Suite 4311
CITY AND ZIP CODE: Los Angeles, CA 90012-4565
BRANCH NAME: Western Division

PLAINTIFF: TC GLOBAL, INC.
DEFENDANT: GLOBAL BARISTAS, LLC

**NOTICE OF LEVY**
under Writ of   [X] Execution (Money Judgment)   [ ] Sale

LEVYING OFFICER (Name and Address):
U.S. Marshall
350 W. 1st Street #3001
Los Angeles, CA 90012

LEVYING OFFICER FILE NO.:
COURT CASE NO.: 8:17-cv-00447-VAP
CV-8:17-MC-0009UA

TO THE PERSON NOTIFIED (name): GLOBAL BARISTAS, LLC

1. The judgment creditor seeks to levy upon property in which the judgment debtor has an interest and apply it to the satisfaction of a judgment as follows:
   a. Judgment debtor (name): GLOBAL BARISTAS, LLC
   b. The property to be levied upon is described
      [ ] in the accompanying writ of possession or writ of sale.
      [X] as follows:  All personal property in which GLOBAL BARISTAS, LLC (UBI #603259246) has any interest, including but not limited to, all accounts, savings accounts, commercial accounts, monies, bank accounts, share accounts, money market investment accounts, time certificate of deposit, and any and all personal property capable of manual delivery, in the possession, custody or control of California Bank and Trust

2. The amount necessary to satisfy the judgment creditor's judgment is:
   a. Total amount due (less partial satisfactions) .................................. $ 27,282.50
   b. Levy fee ......................................................................... $ 65.00
   c. Sheriff's disbursement fee ...................................................... $ 0.00
   d. Recoverable costs ............................................................... $
   e. Total (a through d) ............................................................. $ 27,347.50
   f. Daily interest .................................................................. $ .59

3. You are notified as
   a. [x] a judgment debtor.
   b. [ ] a person other than the judgment debtor (state capacity in which person is notified):

(Read Information for Judgment Debtor or Information for Person Other Than Judgment Debtor on page two.)

Notice of Levy was
[X] mailed on (date): 3/31/17
[X] delivered on (date): 3/31/17
[ ] posted on (date):
[ ] filed on (date):
[ ] recorded on (date):

Date: 3/31/17 DOUG FORREST
REG. L.A. COUNTY - 5141
(TYPE OR PRINT NAME)

▶ (SIGNATURE)
[ ] Levying officer   [X] Registered process server

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
EJ-150 [Rev. July 1, 2014]

**NOTICE OF LEVY**
(Enforcement of Judgment)

Code of Civil Procedure, § 699.540

| SHORT TITLE: TC Global, Inc. v. Global Baristas, LLC | LEVYING OFFICER FILE NO.: | COURT CASE NO.: 8:17-cv-00447-VAP CV-8:17-MC-0009UA |
|---|---|---|

## —INFORMATION FOR JUDGMENT DEBTOR—

1. The levying officer is required to take custody of the property described in item 1 in your possession or under your control.

2. You may claim any available exemption for your property. A list of exemptions is attached. **If you wish to claim an exemption for personal property, you must do so within 10 days after this notice was delivered to you or 15 days after this notice was mailed to you by filing a claim of exemption and one copy with the levying officer as provided in section 703.520 of the Code of Civil Procedure. If you do not claim an exemption, you may lose it and the property is subject to enforcement of a money judgment. If you wish to seek the advice of an attorney, you should do so immediately so that a claim of exemption can be filed on time.**

3. You are not entitled to claim an exemption for property that is levied upon under a judgment for sale of property. This property is described in the accompanying writ of sale. You may, however, claim available exemptions for property levied upon to satisfy damages or costs awarded in such a judgment.

4. You may obtain the release of your property by paying the amount of a money judgment with interest and costs remaining unpaid.

5. If your property is levied upon under a writ of execution or to satisfy damages and costs under a writ of possession or sale, the property may be sold at an execution sale, perhaps at a price substantially below its value. Notice of sale will be given to you. Notice of sale of real property (other than a leasehold estate with an unexpired term of less than two years) may not be given until at least 120 days after this notice is served on you. This grace period is intended to give you an opportunity to settle with the judgment creditor, to obtain a satisfactory buyer for the property, or to encourage other potential buyers to attend the execution sale.

6. All sales at an execution sale are final; there is no right of redemption.

## — INFORMATION FOR PERSON OTHER THAN JUDGMENT DEBTOR —

1. If the property levied upon is in your possession or under your control and you do not claim the right to possession or a security interest, you must deliver the property to the levying officer. If you do not deny an obligation levied upon or do not claim a priority over the judgment creditor's lien, you must pay to the levying officer the amount that is due and payable and that becomes due and payable during the period of the execution lien, which lasts two years from the date of issuance of the writ of execution. You must execute and deliver any documents needed to transfer the property.

2. You must complete the accompanying Memorandum of Garnishee.

3. If you claim ownership or the right to possession of real or personal property levied upon or if you claim a security interest in or lien on personal property levied upon, you may make a third-party claim and obtain the release of the property pursuant to section 720.010 of the Code of Civil Procedure.

4. Make checks payable to the levying officer.

| EJ-150 [Rev. July 1, 2014] | NOTICE OF LEVY (Enforcement of Judgment) | Page 2 of 2 |
|---|---|---|



